IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODULAR SPACE CORPORATION )<br>fka RESUN LEASING, INC., a Delaware )<br>corporation, )<br>            )<br>        Plaintiff, )<br>            )<br>    v.      )<br>            )<br>SIERRA KINGS HEALTH CARE )<br>DISTRICT, a California public entity, )<br>            )<br>        Defendant. )<br>_____ ) | CV F 07-1199  AWI GSA<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 19, 2007, AND TAKING MATTER UNDER SUBMISSION |

    This is an action in diversity by Modular Space Corporation ("Plaintiff") against defendant Sierra Kings Healthcare District ("Defendant") for declaratory relief pertaining to a construction contract between Plaintiff and Defendant. Defendants have noticed a motion to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The matter was scheduled for oral argument to be held November 19, 2007. The court has reviewed Defendants' motion, Plaintiff's opposition, Defendants' reply, and the applicable law, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

1 | Therefore, IT IS HEREBY ORDERED that the previously set hearing date of
November 19, 2007, is VACATED, and no party shall appear at that time. As of November 7, 2007, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 14, 2007**                           /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE