JOHN R. HEISSE II, CA BAR NO. 134964
W. SAMUEL NIECE, CA BAR NO. 148645
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, 18th Floor
San Francisco, CA 94105-3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

PAUL S. SUGAR (*pro hac vice*)
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, MD 21202
Telephone: (410) 685- 1120
Facsimile: (410) 547-0699

Attorneys for Plaintiff
MODULAR SPACE CORPORATION
f/k/a RESUN LEASING, INCORPORATED

CHARLES L. DOERKSEN, CA BAR NO. 135423
DOERKSEN TAYLOR LLP
2100 Tulare Street, Suite 410
Fresno, CA 93721
Telephone: (559) 233-3434
Facsimile: (559) 233-3939

Attorneys for Defendant
SIERRA KINGS HEALTH CARE DISTRICT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MODULAR SPACE CORPORATION f/k/a RESUN LEASING, INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California local public entity<br><br>Defendant. | CASE NO.: 1:07-CV-01199-AWI-GSA<br><br>**STIPULATION AND ORDER VACATING INITIAL SCHEDULING CONFERENCE on January 8, 2008**<br><br>Date: January 8, 2008<br>Time: 09:00 AM<br>Place: Courtroom 10<br>      2500 Tulare Street, 6th Floor<br>      Fresno, CA |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS Defendant Sierra Kings Health Care District moved pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Modular Space Corporation's Complaint on October 10, 2007 and the hearing was set for November 19, 2007, before United States District Judge for the Eastern District of California, Anthony W. Ishii.

WHEREAS Plaintiff filed its opposition to Defendant's motion on November 2, 2007, to which Defendant replied on November 9, 2007.

WHEREAS on November 15, 2007, Jude Ishii issued an Order vacating the hearing date and taking the matter under submission.

WHEREAS, as of today, January 3, 2008, Judge Ishii has not ruled on Defendant's Motion.

WHEREAS, pursuant to Federal Rule of Civil Procedure 16, the parties are scheduled to appear in this Court on January 8, 2008, for the Initial Scheduling Conference in this case.

WHEREAS Judge Ishii's ruling may be dispositive of the case and/or moot the present need to discuss discovery and scheduling matters with this Court.

The parties hereby agree to:

1) VACATE the January 8, 2008, Initial Scheduling Conference; and

1      2)    RESCHEDULE the Initial Scheduling Conference for FEBRUARY 6, 2008, at 9:00
2  a.m.

5  SO STIPULATED:

6  Dated: January 3, 2008                THELEN REID BROWN
7                                          RAYSMAN & STEINER LLP
                                        JOHN R. HEISSE II
8                                          W. SAMUEL NIECE

9                                          OBER, KALER, GRIMES & SHRIVER
                                        PAUL S. SUGAR

10                                         By      / S /    John R. Heisse
11                                               Attorneys for Plaintiff
                                        MODULAR SPACE CORPORATION
12                                         f/k/a RESUN LEASING, INCORPORATED

13 Dated: January 3, 2008                CHARLES L. DOERKSEN
14                                         ATTORNEY AT LAW

15                                         By      / S /      Charles Doerksen
                                              Attorney for Defendant
16                                         SIERRA KINGS HEALTH CARE DISTRICT

19 SO ORDERED:

20 Dated: January 4, 2008                By    /s/ Gary S.Austin
21                                               United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com