JOHN R. HEISSE II, CA BAR NO. 134964
W. SAMUEL NIECE, CA BAR NO. 148645
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, 18th Floor
San Francisco, CA 94105-3606
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

PAUL S. SUGAR (*pro hac vice*)
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, MD 21202
Telephone: (410) 685- 1120
Facsimile: (410) 547-0699

Attorneys for Plaintiff
MODULAR SPACE CORPORATION
f/k/a RESUN LEASING, INCORPORATED

CHARLES L. DOERKSEN, CA BAR NO. 135423
DOERKSEN TAYLOR LLP
2100 Tulare Street, Suite 410
Fresno, CA  93721
Telephone: (559) 233-3434
Facsimile: (559) 233-3939

Attorneys for Defendant
SIERRA KINGS HEALTH CARE DISTRICT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MODULAR SPACE CORPORATION f/k/a RESUN LEASING, INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California local public entity<br><br>Defendant. | CASE NO.:  1:07-CV-01199-AWI-GSA<br><br>**STIPULATION AND ORDER VACATING INITIAL SCHEDULING CONFERENCE on February 6, 2008**<br><br>Date:  February 6, 2008<br>Time:  09:00 AM<br>Place:  Courtroom 10<br>         2500 Tulare Street, 6th Floor<br>         Fresno, CA |

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3       WHEREAS, on October 10, 2007, Defendant Sierra Kings Health Care District moved
4   pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Modular Space
5   Corporation's Complaint;
6
7       WHEREAS, on November 15, 2007, Judge Ishii VACATED the hearing on Defendant's
8   Motion to Dismiss, scheduled for November 19, 2007, and took the matter under submission;
9
10      WHEREAS, this Court's January 4, 2008, ORDER continued the parties' Initial Scheduling
11  Conference pursuant to Federal Rule of Civil Procedure 16 from January 8, 2008, to February 6,
12  2008;
13
14      WHEREAS, as of January 30, 2008, Judge Ishii has not ruled on Defendant's Motion to
15  Dismiss;
16
17      WHEREAS, Judge Ishii's ruling may be dispositive of the case and/or moot the present
18  need to discuss discovery and scheduling matters with this Court;
19
20      The parties hereby agree to and request the Court to:
21
22      1)      VACATE the presently scheduled February 6, 2008, Initial Scheduling Conference;
23              and
24
25  //
26  //
27  //
28

PDF created with pdfFactory trial version www.pdffactory.com

1  2) RESCHEDULE the Initial Scheduling Conference to March 25, 2008, at 9:30 a.m.

SO STIPULATED:

Dated: January ___, 2008        THELEN REID BROWN
                                RAYSMAN & STEINER LLP
                                JOHN R. HEISSE II
                                W. SAMUEL NIECE

                                OBER, KALER, GRIMES & SHRIVER
                                PAUL S. SUGAR

                                By ____/ S /____John R. Heisse_____
                                   Attorneys for Plaintiff
                                   MODULAR SPACE CORPORATION
                                   f/k/a RESUN LEASING, INCORPORATED

Dated: January ___, 2008        CHARLES L. DOERKSEN
                                ATTORNEY AT LAW

                                By ____/ S /_____Charles Doerksen_____
                                   Attorney for Defendant
                                   SIERRA KINGS HEALTH CARE DISTRICT

**IT IS SO ORDERED**:

Dated: January 31, 2008         By:  Gary S. Austin
                                     United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com