IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODULAR SPACE CORPORATION f/k/a RESUN LEASING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SIERRA KINGS HEALTH CARE DISTRICT, a California local public entity,<br><br>    Defendant. | 1:07-cv-1199  AWI GSA<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING DATE OF SEPTEMBER 19, 2008, TO FILE DISMISSAL PAPERS<br><br>(Doc. No. 35) |

   On August 22, 2008, the parties filed a notice of settlement and a proposed order thereon. See Court's Docket Doc. Nos. 33, 34.  The notice stated that the parties have agreed to a settlement, agreed to dismiss the case with prejudice once all obligations contained within the settlement are satisfied, and requested a stay.  See id.  Due to the Court's heavy docket, the Court issued an order to show cause why the Court should not dismiss the case in lieu of a stay.  See Court's Docket Doc. No. 35.  On August 29, 2008, the parties filed a response and indicated that they anticipate that the settlement will be fully performed on or by September 15, 2008.  See Court's Docket Doc. No. 38.  The parties also request a deadline of September 19, 2008, to file dismissal papers and stated that they would prefer to have the settlement fully performed and eliminate the need to come back to court at a later time.  See id.  In light of the representation that the settlement should be fully performed by September 15, 2008, the Court will discharge the

order to show cause and grant the parties request to set a deadline of September 19, 2008, pursuant to Local Rule 16-160.

Accordingly, IT IS HEREBY ORDERED that the order to show cause is DISCHARGED and the parties are to file dismissal papers on or by September 19, 2008.

IT IS SO ORDERED.

**Dated:   September 2, 2008**                             /s/ Anthony W. Ishii
                                                                CHIEF UNITED STATES DISTRICT JUDGE

2